UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIELLE NORFLEET, on behalf of minor child PDN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

CASE NO. C13-5251BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 11. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The Court adopts the R&R and this matter is dismissed for lack of prosecution.

(2)    The Clerk is directed to close the case.

Dated this 10th day February, 2014.

BENJAMIN H. SETTLE
United States District Judge

ORDER